[No. 19992-1-II.    Division Two.    July 10, 1998.]

CAROLE BAILEY, *Appellant*, v. STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-2-02930-0, Karen L. Strombom, J., entered February 23, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Armstrong, JJ.

[No. 20905-5-II.    Division Two.    July 10, 1998.]

TAMMY BAKER, ET AL., *Appellants*, v. TRI-MOUNTAIN RESOURCES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 95-2-01149-5, H. John Hall, J., entered August 16, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Seinfeld, JJ.

[No. 21314-1-II.    Division Two.    July 10, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. SANG KUK YANG, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-01681-2, Frederick B. Hayes, J., entered October 2, 1996. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 21486-5-II.    Division Two.    July 10, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RODGER L. GUNTER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 96-1-00096-8, F. Mark McCauley, J., entered November 12, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, A.C.J., and Seinfeld, J.